FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 2:22-cv-00228-DPM-JTK

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 09 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Tommie Statewright
ADC # 510610

Address: 1000 Rice Belt Ave, Dewitt, AR 72042

Name of plaintiff: Julio Rangel Cruz
ADC # 138592

Address: 1000 Rice Belt Ave, Dewitt, AR 72042

Name of plaintiff: Jonathon DWayne Hobbs
ADC # 167191

Address: 1000 Rice Belt Ave, Dewitt, AR 72042

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Arkansas County Detention Center
1000 Rice Belt Ave, Dewitt Arkansas 72042
Position: Administration

Place of employment: Arkansas County Detention Center

Address: 1000 Rice Belt Ave, DeWitt, Arkansas 72042

Name of defendant: Arkansas Department of Corrections
6814 Princeton Pike, Pine Bluff, AR 71602
Position: _____

This case assigned to District Judge Marshall
and to Magistrate Judge Kearney

-4-

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

    ☐    official capacity only
    ☐    personal capacity only
    ☒    both official and personal capacity

III. Previous lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

           Yes ___   No _X_

    B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐    Parties to the previous lawsuit:

           Plaintiffs: _____

           _____

           Defendants: _____

           _____

  ☐  Court (if federal court, name the district; if state court, name the county):

    _____

  ☐  Docket Number: _____

  ☐  Name of judge to whom case was assigned: _____

  ☐  Disposition: (for example: Was the case dismissed?  Was it appealed?
    Is it still pending?) _____

  ☐  Approximate date of filing lawsuit: _____

  ☐  Approximate date of disposition: _____

IV. Place of present confinement: <u>Arkansa County Detention Center (Awaiting transfer to Arkansas Department of Corrections.)</u>

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

  _____ in jail and still awaiting trial on pending criminal charges

  _X_ serving a sentence as a result of a judgment of conviction

  _____ in jail for other reasons (e.g., alleged probation violation, etc.)
    explain: _____

    _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

  A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

    Yes _X_  No ____

  B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes  X    No ____

If not, why? _____

_____

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

November 30th 2022. We found magets in the Beans (Dinner trays) We have repeatedly voice our complains to the guards and nothing gets done. Shower's are also in power working conditions unsanitary, toilets are in poor working conditions. This facility is in poor conditions. We don't get yard time at all. In violation of our prisioner rights.

Tommie Stubbs  ADC #510610

Julio Rangel  ADC #138592

## VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation for unsanitary living conditions and poor nutrition.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 1 day of 30, 20 22.

Tommie Stuttwright #510660

Julio R. Cruz ADC 138572

INMATES

Signature(s) of plaintiff(s)

INMATE NAMES ARE ALL INCLUDED Separetly. (Attached sheet)

-8-

Plaintiffs -VS- Arkansas County Detention Center.

1. Tonnie ~~Blacy~~ # S10610
2. Julio Rangel Cruz ADC# 138592
3. Gary Arlando Wofford Jr
4. Jonathon D. Hobbs ADC# 167191
5. Jerrod Alexander Rankin ADC# 164646
6. Aveyum Smith
7. Kent D. Parris ADC# 147109
8. John Tullos ADC# 102899
9. Larry Garone Parks # 128484
10. James C. McMillian Jr
11. Forrest C. Reeves
12. Kenan Bray # 152854
13. Jamarvious Jakel Roberts
14. Michael Racmane Wormley
15. Lovell Wofford ADC 180168
16. Tremain Huggins # 143826
17. Timothy Daniel # 106696
18.
19.
20.
21.
22.

I, Jeff Crouse Roberts is a wittness to this

I, Kent Parris is a wittness to this

My Name is Gary Arlando Wofford Jr.
And I'm a wittness to the maggot's in the beans that was served on 11-30-2022 at 6:00p.m. I am also a wittness to the showers not working, 1 of the 3 showers does not turn on at all, The second shower has rust and mildew all around the head which is not safe nor sanitary for living conditions. And the 3rd shower drain does not work. Also there is Mildew in all the shower slots of B-pod, which is the pod that i am in!!!. And the cell B-9, B10 Top Tier 4-man cell Toilet DO NOT WORK AT ALL!! and hasn't been working since the middle of march, 2022. And there is feece's still in the toilet. The maintance man and the Jail Administrator was told multiple times since then but nothing has been done it is November. B-1 cell does NOT have a working sink at ALL!!!. There is NO water button Nor water faucet on the sink of B-1, Also the Toilet of B-1 has a leak from the cell and travels all the way to the day room drain right in between all the tables that we sit and eat at. And it leaks and travels to the drain in the day room between the tables that we sit at and eat NON-STOP!!! And B-2 cell has no microphone to where we can contact the Guards and Lieutenant if a Emergency happens (seizure, choke, sick, etc) There is mold in the cells through the cracks of the walls, The lock on the cell doors are hazards, The locks are manually hand use slide locks. Which if a fire is to happen they can't open every cell at once. The electric locks does NOT WORK!!! -Gary Arlando Wofford JR

My name - Larry Carone Parks ADC# 128484 and I am a withness to the maggot's in the Dinner tray on 11/30/22 at 6:18 and I am a withness of Pod cell B 9, 10 tolit is not working with stomach wastes pod cell B 1 dont have running water The showers are not working except one of them shower pipes are vistabe Electric wire vistable and running water on the floor from B pod cell 1 we are lockdown by gaurd its not Electric They have to unlock Thorr self manueal ly Larry Carone Parks ADC# 128484
11/30/2022

# INMATE STATEMENTS

11-30-22

My name is John Tullos ADC #102899 An I am a wittness to the maggot's in the beans that was served on 11-30-22 at 6:00 I am also A wittness to the showers not working an also the meldew that is on the walls in the showers also in our sleeping areas. Also the toilets do work in some of the cells. Also I am in B pod my cell is B1 an my sink has been leaking for at least 2 years now an they have been told over an over about these problems an nothing has been done the water is leaking straight to the draining system were we sit to eat     Sign John Tullos ADC #102899

Date 11/30/22

My name is Tommie Statewright #51060 And i am a wittness to the maggot's in the beans that i was served on 11-30-22 at 6:00. I am also a wittness to the showers not working. And also the mildew that is on the walls in the showers also our sleeping areas. Also the toilets do work in some of the cells. Also I am in B-pod. The cell B1 sink is leaking and has been that way for 2 years now, and they have been told over and over about these problems an nothing has been done. The water is leaking straight to the draining system where we eat.

Tommie Statewright #51060

11-30-22

11/30/2022
Julio Rangel Cruz
1000 Rice Belt Ave
Dewitt, Arkansas
72042

Statement

Whom it may concern: On November 30th, 2022 during Lunch we the inmates found magets on our trays. We reported it to the Jail officer "Justin Midkiff (white) and officer "Jamarian Kennedy (Black) who served the trays. And they did nothing about it. We personaly showed officer just the magets on the Bean trays. We have repeatly voiced our condition in this Jail. We get no yard time, also another violation of our rights. Fungus in shower, exposed pipes, some toilets not working properly. Exposed Electrical wires in my cell (B-2). They refuse to correct these problems.

Julio Rangel Cruz

(Officers on shift)
Jamarian Kennedy Black
Justin Midkiff white
Lillian Hogan Black (Lt)
McKedna Johnson - other
Tyran McCradic

Tommie Statewright ADC# 51060
Arkansas County Detention Center
1000 Ricebelt Ave
Dewitt, AR. 72042



United States District Court
Clerks office
Richard Sheppard Arnold United States Courthouse
600 W. Capital Avenue
Suite A-149
Little Rock, Arkansas 72201-3325