1/6/2023

(ADC) #102899 John Wayne Tullos
Arkansas County Detention Center
1000 Ricebelts Avenue
Dewitt Ark 72042

United States District Court
 Clerks Office
Richard Sheppard Arnold United States Courthouse
 600 W. Capitol Avenue
Suit A-149
Little Rock, Arkansas 72201

Case # 2:22-CV-00228-DPM-STK
 Please attach to my case

I wish to add these name of the Aduinistrator an the people under him in his facility. wich is Clayton Evens which is the maintance Guy who has been told about all of the Problems an has steal not made any effort in Trying to fix any of the Problems that he has been told about. Also Tyran McCradie. who is the jail Aduinistrator who has also been told about the Problems and has not made any effort to fix the Problems. also Dean mannis who is the sherrif of Arkansas Country was also inform of the Problems an he has not made an effort to have the Problems fix I have Put in Grievance to them about the Problems. an they say we will look into it but nothing get done

in my sell is B1. I have water come from up under my toilet that runs in to the day room. I have not sink in my room so I can get any water to wash my face are my hands. are Bruch my teeth are evening wash my face I have to go to someone else room to do those things when I get up in the morning. also before I go to bed Also The beans that they still feed us are still under cook. They have made any changes on it either Also the cell that has human waste in it has not been fix are even look at it has a smell That make me sick. The showers have not been fix either. The only thing that has been done in there is they put fresh paint over the midew. they have not done anything to fix the problems on nothing. This have effect me in so many ways. when I get out the Shower an I dry off my towel is brown from were I dry off. also I cant eat the beans any more cause they make me sick from being under cook. Pluse since the toilet in B9-10. that has the human waste in also makes me sick. the smell is so bad that you wake up in the middle of the night smelling it from your cell an it make me sick Since I have been in here I have kept a running nose I have been having hoodacks. Also when I drink the water it make my stomach hurt. The water has giving me a rash on my body also breaking me out in bumps. also my skin has a yellow color to it We have told them about the problems over an over an nothing has been do There is people who are sleeping on the floor because of These Problems.

Also the water is makeing my finger nails an toe nails turn yellow. The water is also makeing my skin dry an also pill. Also the Arkansas Dept of Correction has been notify about these Problems an they haven't done anything about the Problem either. There is also a video of all these Problems that we have told them about. Due to this time we can not submite the video to the Courts at this time. But there is one Available on the internet:-

Sigon Johnwayne Tullos
ADC # 108699
Date 1-6-2023

Case: 2:22-cv-00228-DPM-JTK

2023 JAN 20 A 10: 06

TAMMY H DOWNS

JOHN TULLOS #102899
ARKANSAS COUNTY DETENTION CENTER
1000 RICEBELT AVENUE
DEWITT AR 72042

---

*This is to be added to my case*
*Thank you.*

John Tullos
Arkansas County Detention Center
1000 Ricebelt Ave
DeWitt ARK 72042





United States District Court
Clerks office
Richard Sheppard Arnold united States
Courthouse. 600 west Capitol Ave
Suit A. 149 Little Rock
Arkansas 72201