# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

JOHN TULLOS
#102899                                                                                    PLAINTIFF

v.                       No. 2:22-cv-228-DPM-JTK

ARKANSAS COUNTY DETENTION
CENTER;  ARKANSAS DEPARTMENT
OF CORRECTIONS;  CLAYTON EVENS,
Maintenance, Arkansas County Detention
Center;  TYRAN MCCRADIC, Jail
Administrator, Arkansas County;  and
DEAN MANNIS, Sheriff, Arkansas County                DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, *Doc. 8*.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  The Arkansas County Detention Center and Arkansas Department of Corrections are dismissed as defendants without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2023