IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOHN TULLOS**
#102899                                                                                  **PLAINTIFF**

v.                              No. 2:22-cv-228-DPM

**ARKANSAS COUNTY DETENTION
CENTER; ARKANSAS DEPARTMENT
OF CORRECTIONS; CLAYTON EVANS,**
Maintenance, Arkansas County Detention
Center; **TYRAN MCCRADIC,** Jail
Administrator, Arkansas County; and
**DEAN MANNIS,** Sheriff, Arkansas County         **DEFENDANTS**

### ORDER

1. The Court withdraws the reference.

2. Tullos hasn't updated his address with the Clerk; and the time to do so has passed. *Doc. 28.* His mail is being returned as undeliverable. *Doc. 31-33.* Tullos's amended complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 August 2023