IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOHN TULLOS #102899     PLAINTIFF

v.     No. 2:22-cv-228-DPM

ARKANSAS COUNTY DETENTION
CENTER; ARKANSAS DEPARTMENT
OF CORRECTIONS; CLAYTON EVANS,
Maintenance, Arkansas County Detention
Center; TYRAN MCCRADIC, Jail
Administrator, Arkansas County; and
DEAN MANNIS, Sheriff, Arkansas County     DEFENDANTS

## JUDGMENT

Tullos's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 August 2023